IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AVM TECHNOLOGIES, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | C.A. No. 10-610-RK |
| v. ) | |
| ) | |
| INTEL CORPORATION, ) | |
| ) | |
| Defendant. ) | |

### SCHEDULING ORDER

The Court having held a telephonic Scheduling Conference with the parties on September 20, 2010, counsel for AVM Technologies, LLC ("Plaintiff") and counsel for Intel Corporation ("Defendant")(collectively "the parties") submit this Proposed Scheduling Order.

**A.  Jurisdiction and Service**

The parties agree that the Court has subject matter jurisdiction over Plaintiff's claims and Defendant's counterclaims. No party has objected to personal jurisdiction of this Court. All named parties have been served.

**B.  Joinder of Parties**

The parties propose a December 20, 2010 deadline to add any additional parties.

C.  **Proposed Schedule**

The parties propose the following schedule:

| Event | Date |
|---|---|
| **Fact Discovery Phase** | |
| Fed. R. Civ. P. 26(a) Initial Disclosures Due | 10/22/10 |
| Deadline for joining additional parties | 12/20/10 |
| Deadline for AVM to identify accused products | 4/1/11 |
| Deadline to amend pleadings without leave of court. | 4/22/11 |
| Deadline for Defendant to produce any opinion of counsel upon which it intends to rely as a defense to willful infringement | 3/31/11 |
| Deadline for completion of fact discovery | 7/15/11 |
| **Claim Construction Phase** | |
| Deadline for AVM to advise of asserted claims | 12/20/10 |
| Deadline for parties to exchange claims terms that need to be construed. | 1/6/11 |
| Deadline for meet and confer regarding narrowing/reducing claim construction issues. | 1/25/11 |
| Joint claim construction chart due | 2/1/11 |
| Opening claim construction briefs due | 2/22/11 |
| Responsive claim construction briefs due | 3/22/11 |
| Technical tutorial for court | 4/5/11 |
| Claim construction hearing | 4/6/11 |
| **Expert Discovery Phase** | |
| Opening expert reports due | 8/16/2011 |
| Rebuttal expert reports due | 9/16/2011 |

|  |  |
|---|---|
| Deadline for completion of expert discovery | 10/14/2011 |
| **Summary Judgment Phase** |  |
| Deadline for filing summary judgment motions | 11/14/2011 |
| Deadline for oppositions | 12/5/2011 |
| Deadline for reply briefs in support of summary judgment | 12/19/2011 |
| Hearing on summary judgment motions | 1/9/2012 |
| **Trial Phase** |  |
| Deadline for *Daubert* Motions | 2/6/2012 |
| AVM to provide draft joint pretrial order | 2/6/2012 |
| Intel to provide response to draft joint pretrial order | 2/17/2012 |
| Joint pretrial order due | 2/27/2012 |
| Motions in limine due | 2/27/2012 |
| Oppositions to motions in limine due | 3/19/2012 |
| Pretrial conference | 4/2/2012 |
| Trial (7-8 full trial days) | 4/16/2012 |

**D.    Discovery Limits**

The parties agree to adhere to the limitations on discovery set forth in the Federal Rules of Civil Procedure, the Local Rules of this Court, and this Court's standing Orders, except as set forth below or as further ordered by the Court.

1)    Discovery Requests:

   a) Interrogatories: Each party may serve a maximum of forty-five (45) interrogatories directed to all discovery issues.

    b) Requests for Admission: Each party may serve a maximum of sixty-five (65) requests for admission, exclusive of requests directed solely to the authentication of documents. Neither party waives its right to seek leave for additional requests for admission for good cause shown.

    c) Depositions: The parties agree that, absent leave of the Court, each party may take a maximum of one hundred (100) hours of fact depositions, including testimony designated for purposes of Fed. R. Civ. P. 30(b)(6). Each deposition will count for a minimum of two hours. Neither party waives its right to seek additional deposition time for good cause shown.

2) The parties agree that documents created on or after the filing date of the Complaint (*i.e.*, July 16, 2010) that are subject to being withheld on the grounds of the attorney-client privilege or attorney work product doctrine need not be listed on a privilege log.

3) The parties will work in good faith toward reaching agreement regarding the scope and conduct of electronic discovery, including the form or forms in which it shall be produced, so as to minimize the burden and expense to all parties.

4) The parties agree that a protective order to protect the confidentiality of sensitive business and technical information that may be exchanged during discovery is necessary. The parties will submit a Proposed Protective Order to the Court for its consideration. If the parties cannot agree to a Proposed Protective Order, they will work together to present any grounds for dispute to the Court for

resolution.

### E. Trial

Based on current information and the best estimates of the parties, the parties agree that trial in this case will require 7-8 full trial days. Both parties seek a jury trial at this time.

### F. Settlement

The parties are open to discussing settlement at any appropriate time during this litigation, and will keep the Court apprised of any developments.

| ASHBY & GEDDES | POTTER ANDERSON & CORROON LLP |
|---|---|
| /s/ *John G. Day* | /s/ *David E. Moore* |
| John G. Day (#2403)<br>Lauren E. Maguire (#4261)<br>Andrew C. Mayo (#5207)<br>500 Delaware Avenue, 8th Floor<br>P.O. Box 1150<br>Wilmington, DE 19899<br>Tel: (302) 654-1888<br>jday@ashby-geddes.com<br>lmaguire@ashby-geddes.com<br>amayo@ashby-geddes.com | Richard L. Horwitz (#2246)<br>David E. Moore (#3983)<br>Hercules Plaza, 6th Floor<br>1313 North Market Street<br>Wilmington, DE 19899<br>Tel: (302) 984-6000<br>rhorwitz@potteranderson.com<br>dmoore@potteranderson.com |
| *Counsel for Plaintiff AVM Technologies, LLC* | *Counsel for Defendant Intel Corporation* |
| Of Counsel:<br><br>Robert T. Haslam<br>COVINGTON & BURLING LLP<br>333 Twin Dolphin Drive, Suite 700<br>Redwood Shores, CA 94065-1418<br>Tel: (650) 632-4700 | Of Counsel:<br><br>William F. Lee<br>Patrick M. Callahan<br>Lauren B. Fletcher<br>WILMER CUTLER PICKERING HALE AND DORR LLP<br>60 State Street<br>Boston, MA 02109<br>Tel: (617) 526-6000 |

Gillian W. Thackray
COVINGTON & BURLING LLP
One Front Street
San Francisco, CA  94111-5356
Tel:  (415) 591-6000

Paul J. Berman
Robert R. McKelvie
Richard L. Rainey
Paul A. Ainsworth
COVINGTON & BURLING LLP
1201 Pennsylvania Avenue, N.W.
Washington, D.C.  20004-2401
Tel:  (202) 662-6000

Heidi Maley Gutierrez
Owais Siddiqui
COVINGTON & BURLING LLP
9191 Towne Centre Drive
Sixth Floor
San Diego, CA  92122-1225
Tel:  (858) 678-1800

David C. Marcus
WILMER CUTLER PICKERING HALE
AND DORR LLP
350 South Grand Avenue
Los Angeles, CA  90071
Tel:  (213) 443-5312

SO ORDERED this 5th day of Oct., 2010

*/s/ Robert F. Kelly*
United States District Judge