IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| AVM TECHNOLOGIES, LLC, | ) | Civil Action No. 10-610 PD |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| INTEL CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**DECLARATION OF JOHN G. DAY IN SUPPORT OF
PLAINTIFF AVM TECHNOLOGIES, LLC'S MOTION TO STAY**

I, John G. Day, do hereby declare, under the penalty of perjury pursuant to 28 U.S.C. § 1746, as follows:

1. I am over the age of 18 and, if called upon as a witness, can and will testify to the following, from my personal knowledge.

2. I am an attorney with the law firm of Ashby & Geddes, P.A., currently local Delaware counsel of record for Plaintiff AVM Technologies, LLC ("AVM"), in the above-entitled action.

3. On April 13, 2011, I contacted local counsel for Defendant Intel Corporation ("Defendant" or "Intel"), and requested that Intel agree to a 90-day stay of the case to permit Plaintiff AM to seek new lead counsel and new local counsel. I also asked local counsel for Defendant Intel to find out if Intel had an issue with the length of the proposed stay and if so, to determine whether some shorter time period would be acceptable to Intel.

4. As the basis for my request of Intel, I explained to Intel's local counsel that the attorney-client relationship between Plaintiff AVM and AVM's lead-litigation counsel,

Covington & Burling, LLP, had broken down. Local counsel for Intel said he would pass along the information that I had provided to Intel's lead counsel.

5. On April 14, 2011, Intel's local counsel informed me that Intel would not agree to a stay of any length.

I declare under penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct.

Dated: April 19, 2011

John G. Day (I.D. #2403)