IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| AVM TECHNOLOGIES, LLC, | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | NO. 10-610-PD |
| v. | : | |
| INTEL CORPORATION, | : | |
| Defendant. | : | |

## ORDER

**AND NOW**, this 8th day of June, 2011, upon consideration of Plaintiff's Motion to Modify Protective Order *(Doc. No. 101)*, Defendant's Response *(Doc. No. 105)*, and all related filings, Plaintiff's Motion *(Doc. No. 101)* is **GRANTED**. The Protective Order *(Doc. No. 37)* shall be modified by the following Addendum:

### ADDENDUM TO PROTECTIVE ORDER

To allow prospective replacement counsel for AVM to evaluate the state of this action, Paragraph 10 (above)—setting forth the definition of "Counsel of Record" for purposes of this Protective Order—is hereby amended by the addition of a fourth category:

(iv) Those partners, associates, and employees of the following law firms to whom it is reasonably necessary to disclose the information for the purpose of assessing the state of this case:
(a) Robins Kaplan Miller & Ciresi LLP; and
(b) Pepper Hamilton LLP.

In the event that any of these firms do not enter an appearance in this action in substitution for AVM's current counsel of record Covington & Burling LLP, each such non-appearing firm shall return all confidential information designated under this protective order to AVM's current counsel of record, Matthew C. Lapple of Lapple IP Law, P.C., within seven days of the appearance of a replacement firm in this matter.

IT IS SO ORDERED.

_____
Paul S. Diamond, J.